IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HORACIO TIFFER PENA,

    Petitioner,

v.                                                               No. 2:26-cv-00426-KG-KRS

KRISTI NOEM, et al.,

    Respondents.

## ORDER TO ANSWER

Petitioner Horacio Tiffer Pena filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on February 16, 2026.  Doc. 1.  The Clerk of Court provided notice of completion of electronic service on February 17, 2026.  Doc. 2.  The Court orders Respondents to file an answer within 10 business days of service of the petition, by March 3, 2026.  The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

                                                /s/Kenneth J. Gonzales_____
                                                CHIEF UNITED STATES DISTRICT JUDGE

Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.